UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

IN THE MATTER OF:

JEFFREY MICHAEL RIFFEL  CASE NUMBER: 14-33109
CHRISTINE SUE RIFFEL    CHAPTER 13
Debtors

## ORDER

At South Bend, Indiana on

On    August 10, 2015    , Trustee, Debra L. Miller, having filed an Objection to Court Claim #12-1, filed by Creditor Cavalry SPV I c/o Bass & Associates, and notice with opportunity to respond having been properly served upon said claimant and no response having been filed, it is now

**ORDERED** that the Trustee's Objection to Court Claim #12-1, filed by Creditor Cavalry SPV I c/o Bass & Associates is hereby sustained, with Court Claim #12-1, being disallowed as a duplicate claim of Court Claim #11-1, as amended by Court Claim #11-2.

Harry C. Dees, Jr., Judge
United States Bankruptcy Court