# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF INDIANA
### SOUTH BEND DIVISION

IN RE:

JEFFREY MICHAEL RIFFEL                    CASE NO.  14-33109
CHRISTINE SUE RIFFEL                      CHAPTER 13
Debtors

---

### MOTION TO WITHDRAW TRUSTEE'S OBJECTION TO COURT CLAIM #12-1, DOCKET #64

---

COMES NOW Debra L. Miller, Trustee, for her Motion to Withdraw Trustee's Objection to Court Claim #12-1, Court Docket #64, and states:

1.  On August 10, 2015, Trustee filed her Objection to Court Claim #12-1 as Creditor Cavalry SPV c/o Bass & Associates appeared to be a duplicate of Court Claim #11.

2.  On August 17, 2015, Creditor Cavalry SPV c/o Bass & Associates filed an amended claim and provided additional documents to prove the claim was not a duplicate.

WHEREFORE the Trustee wishes to withdraw her Court Docket #64, Trustee's Objection to Court Claim #12-1.

Dated:     September 3, 2015                Respectfully Submitted,


                                            /s/ Debra L. Miller, Trustee
                                            Debra L. Miller, Chapter 13 Trustee
                                            Katherine E. Iskin FBN 73023,
                                            Staff Attorney for Debra L. Miller
                                            Jon R. Rogers, (27701-49),
                                            Staff Attorney for Debra. L. Miller
                                            PO Box 11550
                                            South Bend, IN  46634
                                            (574) 251-1493

## CERTIFICATE OF SERVICE

I hereby certify that a copy of this Motion was served as follows on     September 3, 2015

By U.S. Mail postage prepaid
Debtors: Jeffrey and Christine Riffel, 10263 Charles St., Osceola, IN 46561
Creditor: Cavalry SPV I of Capital One Bank c/o Bass & Associates, 3936 E. Ft. Lowell Ste. 200, Tucson, AZ 85712

By electronic mail via CM/ECF:
Debtors' attorney: Lisa Gilkey Schoetzow
ustregion10.so.efc@usdoj.gov

/s/ Debra L. Miller, Trustee
Debra L. Miller, Trustee